# Court of Appeals
# of the State of Georgia

ATLANTA,____March 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1380.  MICHAEL O. WILDER v. OWB REO, LLC.**

This case began as a dispossessory action in magistrate court.  Following an adverse ruling, defendant Michael O. Wilder filed a motion to set aside the dispossessory judgment, which the magistrate court denied.  Wilder then filed a petition for writ of certiorari in the superior court.  After the superior court dismissed his petition, Wilder filed a direct appeal to this Court.  We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). This provision applies even where the superior court dismisses the certiorari petition.  See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984).  Because Wilder did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,_____* 03/30/2015 ____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*